DEPEW ET AL., APPELLANTS, *v.* OGELLA, APPELLEE.

[Cite as *Depew v. Ogella* (1994), 69 Ohio St.3d 610.]

(No. 94–742—Submitted June 15, 1994—Decided July 27, 1994.)

*Laybourne, Smith, Gore & Goldsmith, A. Russell Smith, Robert B. Laybourne* and *Joy S. Wagner,* for appellants.

*Buckingham, Doolittle & Burroughs Co., L.P.A.,* and *David W. Hilkert,* for appellee.

The motion to certify the record is allowed, the judgment on appeal is reversed, and the cause is remanded to the trial court on authority of *Sorrell v. Thevenir* (1994), 69 Ohio St.3d 415, 633 N.E.2d 504.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., concurs separately.

WRIGHT, J., dissents.

MOYER, C.J., concurring separately. I concur separately in the judgment entry in the above-styled case. As my dissent in *Sorrell v. Thevenir* (1994), 69 Ohio St.3d 415, 633 N.E.2d 504, stated, I do not agree with the law announced in the majority decision. Nevertheless, it is the law on the issue in the above-styled case. As I believe all parties should receive equal application of the law announced by this court, and only for that reason, I concur in the judgment entry.